THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 A.H., T.H.,
 John Doe, whose true name is unknown, Jack Doe, whose true name is unknown,
 Robert Doe, whose true name is unknown, James Doe, whose true name is
 unknown, Defendants,/Of Whom A.H. is the Appellant.
 
 
 

Appeal From Lancaster County
 Jerry D. Vinson, Jr., Family Court Judge

Unpublished Opinion No. 2008-UP-298
 Submitted June 2, 2008  Filed June 5,
2008    

AFFIRMED

 
 
 
 Andrew Mead Thompson, of Columbia, for Appellant.
 Angela Michelle Killian, of Lancaster, for Respondent.
 Govan Thompson Myers, III, of Lancaster, for Guardian Ad Litem.
 
 
 

PER CURIAM:  A.H.
 (Mother) appeals the family courts order terminating her parental rights (TPR)
 to I.H., T.H., R.H., and P.H. (Children) based upon finding TPR is in
 Childrens best interest and the following statutory grounds are satisfied: 
 (1) Children resided in foster care for fifteen of the most recent twenty-two
 months; (2) failure to remedy conditions that led to Childrens removal; (3)
 diagnosable conditions prevent Mother from providing minimally acceptable care
 of Children; and (4) willful failure to support Children, or to make a material
 contribution to Childrens care, for a period in excess of six months.  See S.C. Code Ann. § 20-7-1572 (Supp. 2007).  Upon thorough review of
 the record and the family courts findings of fact and conclusions of law,
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we
 find no meritorious issues warrant briefing.  Accordingly, we affirm the family
 courts ruling and relieve Mothers counsel. 
AFFIRMED.[1]
ANDERSON, HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.